IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| US GREEN BUILDING COUNCIL, INC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-01541-M |
| ) | |
| DAVID E. WARDELL, doing business ) | |
| as Leed International, LLC, doing ) | |
| business as Wardell Consulting, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant's motion to set aside the entry of default and motion for extension of time to answer, filed February 3, 2015 (doc. 34), are both **GRANTED**. Defendant shall answer, move or otherwise plead within 21 days of the date of this order.

**SIGNED** this 1st day of September, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS