IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| US GREEN BUILDING COUNCIL, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:14-CV-01541-M-BH |
| | ) | |
| DAVID E. WARDELL, doing business | ) | |
| as Leed International, LLC, doing | ) | |
| business as Wardell Consulting, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Entry of Default Judgment Against David E. Wardell*, filed October

12, 2015 (doc. 52) is GRANTED.

SIGNED this _11_ day of July, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE